■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST WRIGHT, JR., Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered March 4, 1985, convicting him of attempted murder in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant pleaded guilty with the understanding that he would receive the sentence thereafter actually imposed *(see, People v Kazepis,* 101 AD2d 816). Moreover, the sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.

■ In the Matter of HARVEY S. GILBERT, a Suspended Attorney, Petitioner.—Application by Harvey S. Gilbert, a suspended attorney, for reinstatement. By prior order, dated February 20, 1987, this court granted the application, on condition that he present proof of having taken and passed the professional responsibility portion of the Multi-State Bar Examination.

This court is satisfied that the condition has been complied with and therefore the petitioner, Harvey S. Gilbert, is ordered reinstated to the Bar of the State of New York and the clerk of this court is directed to restore petitioner's name to the roll of attorneys and counselors-at-law forthwith. Mollen, P. J., Thompson, Bracken, Brown and Spatt, JJ., concur.